# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Lavonia Jenkins<br>         Edward L. Jenkins<br>                    Debtor(s) | CHAPTER 13 |
| PENNSYLVANIA HOUSING FINANCE AGENCY<br>                    Movant<br>    vs.<br>Lavonia Jenkins<br>Edward L. Jenkins<br>                    Debtor(s)<br>William C. Miller<br>                    Trustee | NO. 16-16499 ELF<br><br>11 U.S.C. Sections 362 and 1301 |

## ORDER

AND NOW, this  23rd  day of  April , 2019 at Philadelphia, upon failure of Debtor(s) and the Trustee to file and Answer or otherwise plead, it is:

**ORDERED** that: the Motion for Relief from the Automatic Stay is **granted** and the automatic stay under 11 U.S.C. Section 362, is **modified** with respect to the subject premises located at 7923 Bayard Street, Philadelphia, PA 19150 ("Property), so as to allow Movant, its successors or assignees, to proceed with its *in rem* rights and remedies under the terms of the subject Mortgage and pursue its *in rem* State Court remedies including, but not limited to, taking the Property to Sheriff's Sale, in addition to potentially pursuing other loss mitigation alternatives including, but not limited to, a loan modification, short sale or deed-in-lieu of foreclosure.  Additionally, any purchaser of the Property at Sheriff's Sale (or purchaser's assignee) may take any legal action for enforcement of its right to possession of the Property.

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**