United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
Lavonia Jenkins
Edward L Jenkins
       Debtors

Case No. 16-16499-elf
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2    User: Stacey    Page 1 of 1    Date Rcvd: Apr 23, 2019
                 Form ID: pdf900    Total Noticed: 7

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 25, 2019.
db/jdb       +Lavonia Jenkins,   Edward L Jenkins,   7923 Bayard Street,   Philadelphia, PA 19150-1305

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg          E-mail/Text: megan.harper@phila.gov Apr 24 2019 02:13:07     City of Philadelphia,
          City of Philadelphia Law Dept.,   Tax Unit/Bankruptcy Dept,   1515 Arch Street 15th Floor,
          Philadelphia, PA 19102-1595
smg          E-mail/Text: RVSVCBICNOTICE1@state.pa.us Apr 24 2019 02:12:42
          Pennsylvania Department of Revenue,   Bankruptcy Division,   P.O. Box 280946,
          Harrisburg, PA 17128-0946
smg         +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Apr 24 2019 02:13:03     U.S. Attorney Office,
          c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
cr           +E-mail/Text: blegal@phfa.org Apr 24 2019 02:12:56     Pennsylvania Housing Finance Agency,
          211 N. Front Street,   Harrisburg, PA 17101,   U.S.A. 17101-1406
cr           E-mail/Text: bnc-quantum@quantum3group.com Apr 24 2019 02:12:38     Quantum3 Group LLC,
          MOMA Trust LLC,   PO Box 788,   Kirkland, WA 98083-0788
cr           +E-mail/PDF: acg.acg.ebn@americaninfosource.com Apr 24 2019 02:17:29
          Sierra Auto Finance, LLC,   c/o Ascension Capital Group,   P.O. Box 165028,
          Irving, TX 75016-5028
                                                                                              TOTAL: 6

        ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr           AmeriCredit Financial Services, Inc. dba GM Financ
                                                                                                  TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 25, 2019                                                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 23, 2019 at the address(es) listed below:
          GEORGETTE MILLER   on behalf of Debtor Lavonia  Jenkins info@georgettemillerlaw.com,
           georgettemillerlaw@gmail.com;mlee@georgettemillerlaw.com;gmecfmail@gmail.com;cfink@georgettemille
           rlaw.com;smithcr50524@notify.bestcase.com;millergr50524@notify.bestcase.com;dmayberry@georgettemi
           llerlaw.com
          GEORGETTE MILLER   on behalf of Joint Debtor Edward L Jenkins info@georgettemillerlaw.com,
           georgettemillerlaw@gmail.com;mlee@georgettemillerlaw.com;gmecfmail@gmail.com;cfink@georgettemille
           rlaw.com;smithcr50524@notify.bestcase.com;millergr50524@notify.bestcase.com;dmayberry@georgettemi
           llerlaw.com
          LEON P. HALLER   on behalf of Creditor    Pennsylvania Housing Finance Agency lhaller@pkh.com,
           dmaurer@pkh.com;mgutshall@pkh.com
          REBECCA ANN SOLARZ   on behalf of Creditor    PENNSYLVANIA HOUSING FINANCE AGENCY
           bkgroup@kmllawgroup.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM C. MILLER, Esq.   on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
           philaecf@gmail.com
          WILLIAM C. MILLER, Esq.   ecfemails@ph13trustee.com, philaecf@gmail.com
                                                                                                       TOTAL: 7

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Lavonia Jenkins<br>Edward L. Jenkins<br>　　　　　Debtor(s)<br><br>PENNSYLVANIA HOUSING FINANCE AGENCY<br>　　　　　Movant<br>　　vs.<br><br>Lavonia Jenkins<br>Edward L. Jenkins<br>　　　　　Debtor(s)<br><br>William C. Miller<br>　　　　　Trustee | CHAPTER 13<br><br><br>NO. 16-16499 ELF<br><br><br><br>11 U.S.C. Sections 362 and 1301 |

## ORDER

AND NOW, this **23rd** day of **April**, 2019 at Philadelphia, upon failure of Debtor(s) and the Trustee to file and Answer or otherwise plead, it is:

**ORDERED** that: the Motion for Relief from the Automatic Stay is **granted** and the automatic stay under 11 U.S.C. Section 362, is **modified** with respect to the subject premises located at 7923 Bayard Street, Philadelphia, PA 19150 ("Property), so as to allow Movant, its successors or assignees, to proceed with its *in rem* rights and remedies under the terms of the subject Mortgage and pursue its *in rem* State Court remedies including, but not limited to, taking the Property to Sheriff's Sale, in addition to potentially pursuing other loss mitigation alternatives including, but not limited to, a loan modification, short sale or deed-in-lieu of foreclosure. Additionally, any purchaser of the Property at Sheriff's Sale (or purchaser's assignee) may take any legal action for enforcement of its right to possession of the Property.

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**