United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 16-16499-elf
Lavonia Jenkins                                                           Chapter 13
Edward L Jenkins
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2         User: Stacey              Page 1 of 3              Date Rcvd: May 01, 2019
                             Form ID: pdf900           Total Noticed: 64

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 03, 2019.
```
db/jdb         +Lavonia Jenkins,    Edward L Jenkins,    7923 Bayard Street,    Philadelphia, PA 19150-1305
13791738        Acceptance Now,    Acceptance Now Customer Service,    501 Headquarters Dr,    Plano, TX 75024
13808061       +AmeriCredit Financial Services, Inc. dba GM Financ,    P O Box 183853,
                 Arlington, TX 76096-3853
13791739       +AmeriCredit/GM Financial,    Po Box 183853,    Arlington, TX 76096-3853
13791740       +AmeriFinancial Solutions. Llc,    Po Box 65018,    Baltimore, MD 21264-5018
13791741      ++CAINE & WEINER COMPANY,    12005 FORD ROAD 300,    DALLAS TX 75234-7262
               (address filed with court: Caine & Weiner,     Po Box 5010,    Woodland Hills, CA 91365)
13791743        Credence Resource Mgmt., LLC,    P.O. Box 2390,    Southgate, MI 48195-4390
13791746        Directv,    PO BOX 5007,    Carol Stream, IL 60197-5007
13858460        Directv, LLC,    by American InfoSource LP as agent,    PO Box 5008,
                 Carol Stream, IL  60197-5008
13791749       +Fed Loan Servicing,    Po Box 69184,    Harrisburg, PA 17106-9184
13791750       +Fed Loan Servicing,    Po Box 60610,    Harrisburg, PA 17106-0610
13791751        Fiserv,    PO BOX 2168,    Columbus, OH 43216-2168
13791752        GM Financial,    P.O. Box 78143,    Phoenix, AZ 85062-8143
13791754        Jefferson University Physicians,    Physician Business Services,    PO BOX 40089,
                 Philadelphia, PA 19106-0089
13791755       +Linebarger Goggan Blair & Sampson, LLP,    P.O. Box 90128,    Harrisburg, PA 17109-0128
13791756       +Medical Revenue Service,    645 Walnut St, Ste 5,    Gadsden, AL 35901-4173
13791758        New Avon LLC,    PO BOX 405003,    Cincinnati, OH 45240-5003
13791759       +One Advantage, LLC,    PO BOX 23918,    Belleville, IL 62223-0918
14288317       +PENNSYLVANIA HOUSING FINANCE AGENCY,    C/O REBECCA ANN SOLARZ,    KML Law Group, P.C.,
                 701 Market Street, Ste. 5000,    Philadelphia, PA 19106-1541
13791764       +PGW,   Credit and Collections Department,    800 W. Montgomery Ave,
                 Philadelphia, PA 19122-2806
13791762       +Penn Credit Corporation,     P.O. Box 1259, Department 91047,    Oaks, PA 19456-1259
13791763       +Pennsylvania Turnpike Commission,    Vioation Processing Center,    8000C Derry Street,
                 Harrisburg, PA 17111-5287
13791765       +Philadelphia Fed Cr Un,    12800 Townsend Rd,    Philadelphia, PA 19154-1095
13791766        Physician Billing - PB CHOP,    Lock Box 8017,    PO BOX 8500,    Philadelphia, PA 19178-8017
13791767       +Police And Fire Fede,    901 Arch St,    Philadelphia, PA 19107-2495
13811589       +Police and Fire Federal Credit Union,    901 Arch Street,    Phila., Pa. 19107-2495
13791768        ProCo,    P.O. Box 2462,    Aston, PA 19014-0462
13791769       +Professional Account Services, Inc.,    PO Box 188,    Brentwood, TN 37024-0188
13791771       +Revenue Collection Bureau, Inc.,    5900 Torresdale Avenue,    Philadelphia, PA 19135-4127
13791774        TJUH Medical Practices,    Physician Business Services,    PO BOX 40089,
                 Philadelphia, PA 19106-0089
13862929        U.S. Department of Education,    c/o FedLoan Servicing,    P.O. Box 69184,
                 Harrisburg, PA 17106-9184
13791775       +United Auto Credit Co,    Po Box 163049,    Ft Worth, TX 76161-3049
13862107        Wells Fargo Bank, N.A.,    P.O. Box 45038 MAC Z3057012,    Jacksonville, FL 322325038
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: megan.harper@phila.gov May 02 2019 03:44:48     City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us May 02 2019 03:44:09
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov May 02 2019 03:44:39     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr             +E-mail/Text: blegal@phfa.org May 02 2019 03:44:26     Pennsylvania Housing Finance Agency,
                 211 N. Front Street,    Harrisburg, PA  17101,    U.S.A. 17101-1406
cr              E-mail/Text: bnc-quantum@quantum3group.com May 02 2019 03:44:00     Quantum3 Group LLC,
                 MOMA Trust LLC,    PO Box 788,    Kirkland, WA  98083-0788
cr             +E-mail/PDF: acg.acg.ebn@americaninfosource.com May 02 2019 03:43:04
                 Sierra Auto Finance, LLC,    c/o Ascension Capital Group,    P.O. Box 165028,
                 Irving, TX 75016-5028
13857583       +E-mail/Text: g20956@att.com May 02 2019 03:45:05     AT&T Mobility II LLC,
                 %AT&T SERVICES INC.,    KAREN A. CAVAGNARO PARALEGAL,    ONE AT&T WAY, SUITE 3A104,
                 BEDMINSTER, NJ. 07921-2693
13795964        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM May 02 2019 03:42:26
                 American InfoSource LP as agent for,    T Mobile/T-Mobile USA Inc,    PO Box 248848,
                 Oklahoma City, OK  73124-8848
13838495        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM May 02 2019 03:43:16
                 American InfoSource LP as agent for,    Verizon,    PO Box 248838,
                 Oklahoma City, OK  73124-8838
13876054       +E-mail/Text: megan.harper@phila.gov May 02 2019 03:44:48
                 CITY OF PHILADELPHIA LAW DEPARTMENT - TAX UNIT,    BANKRUPTCY GROUP - MSB,
                 1401 JOHN F. KENNEDY BLVD, 5TH FLOOR,    PHILADELPHIA, PA 19102-1640
13791742       +E-mail/Text: bankruptcy@philapark.org May 02 2019 03:45:09     City of Philadelphia,
                 Parking Violations Branch,    PO Box 41819,    Philadelphia, PA 19101-1819
```

```
District/off: 0313-2          User: Stacey              Page 2 of 3                   Date Rcvd: May 01, 2019
                              Form ID: pdf900           Total Noticed: 64


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
13791744       +E-mail/Text: bankruptcy_notifications@ccsusa.com May 02 2019 03:45:11
                 Credit Collection Services,    725 Canton Street,    Norwood, MA 02062-2679
13791745       +E-mail/Text: bankruptcy@kornerstonecredit.com May 02 2019 03:44:38      Crest Financial Serv,
                 15 West Scenic Pointe,    Salt Lake City, UT 84020-6121
13841689       +E-mail/Text: bankruptcy@kornerstonecredit.com May 02 2019 03:44:39
                 Crest Financial Services, LLC,    61 West 13490 South,    Draper, UT 84020-7209
13791747       +E-mail/Text: bankruptcynotices@dcicollect.com May 02 2019 03:45:04      Diversified Consultant,
                 Dci,    Po Box 551268,   Jacksonville, FL 32255-1268
13791748       +E-mail/Text: bknotice@ercbpo.com May 02 2019 03:44:28       ERC/Enhanced Recovery Corp,
                 8014 Bayberry Rd,   Jacksonville, FL 32256-7412
13873764       +E-mail/Text: cio.bncmail@irs.gov May 02 2019 03:43:49       InternalRevenue Service,
                 P O Box 7346,   Phila Pa 19101-7346
13791757       +E-mail/Text: bankruptcydpt@mcmcg.com May 02 2019 03:44:23       Midland Funding,
                 2365 Northside Dr,    Suite 300,   San Diego, CA 92108-2709
13816744       +E-mail/Text: ecfbankruptcy@progleasing.com May 02 2019 03:44:30      NPRTO North-East, LLC,
                 256 West Data Drive,    Draper, UT 84020-2315
13791761       +E-mail/Text: bankruptcygroup@peco-energy.com May 02 2019 03:43:51      PECO,    PO BOX 13778,
                 Philadelphia, PA 19101-3778
13791760       +E-mail/Text: blegal@phfa.org May 02 2019 03:44:26       Pa Housing Finance Age,    Po Box 8029,
                 Harrisburg, PA 17105-8029
13808010       +E-mail/Text: bankruptcy@philapark.org May 02 2019 03:45:09       Philadelphia Parking Authority,
                 701 Market Street Suite 5400,    Philadelphia, PA 19106-2895
13791770       +E-mail/Text: ecfbankruptcy@progleasing.com May 02 2019 03:44:30      Progressive Leasing,
                 256 West Data Drive,    Draper, UT 84020-2315
13817050        E-mail/Text: bnc-quantum@quantum3group.com May 02 2019 03:43:59
                 Quantum3 Group LLC as agent for,    JH Portfolio Debt Equities LLC,    PO Box 788,
                 Kirkland, WA 98083-0788
14163482        E-mail/Text: bnc-quantum@quantum3group.com May 02 2019 03:44:00
                 Quantum3 Group LLC as agent for,    MOMA Trust LLC,   PO Box 788,    Kirkland, WA 98083-0788
13819799        E-mail/Text: appebnmailbox@sprint.com May 02 2019 03:44:23      Sprint Corp.,
                 Attn Bankruptcy Dept,    PO Box 7949,   Overland Park KS 66207-0949
13791772        E-mail/PDF: ais.sierra.ebn@americaninfosource.com May 02 2019 03:43:05      Sierra Auto Finance,
                 PO Box 204048,   Dallas, TX 75320-4048
13834250        E-mail/Text: peritus@ebn.phinsolutions.com May 02 2019 03:45:14
                 Sierra Auto Finance c/o Peritus Portfolio Services,    P.O. Box 141419,    Irving, Tx 75014-1419
13791773       +E-mail/Text: bankruptcy@sw-credit.com May 02 2019 03:44:25       Southwest Credit Systems,
                 4120 International PKY,    STE 1100,   Carrollton, TX 75007-1958
13791776       +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com May 02 2019 03:43:37
                 Verizon,   500 Technology Dr,    Suite 500,   Weldon Spring, MO 63304-2225
13791777       +E-mail/Text: megan.harper@phila.gov May 02 2019 03:44:48       Water Revenue Bureau,
                 1401 JFK Boulevard,    Philadelphia, PA 19102-1663
                                                                                              TOTAL: 31

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              AmeriCredit Financial Services, Inc. dba GM Financ
13814239*      +AmeriCredit Financial Services, Inc. dba GM Financ,    P O Box 183853,
                 Arlington, TX 76096-3853
13791753      ##+Gwynedd Mercy University EN,    480 E Germantown Pike,   Norristown, PA 19401-6506
                                                                                              TOTALS: 1, * 1, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 03, 2019                              Signature:  /s/Joseph Speetjens

```
District/off: 0313-2          User: Stacey                 Page 3 of 3          Date Rcvd: May 01, 2019
                              Form ID: pdf900              Total Noticed: 64
```

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 1, 2019 at the address(es) listed below:

```
          GEORGETTE   MILLER     on behalf of Debtor Lavonia  Jenkins info@georgettemillerlaw.com,
           georgettemillerlaw@gmail.com;mlee@georgettemillerlaw.com;gmecfmail@gmail.com;cfink@georgettemille
           rlaw.com;smithcr50524@notify.bestcase.com;millergr50524@notify.bestcase.com;dmayberry@georgettemi
           llerlaw.com
          GEORGETTE   MILLER     on behalf of Joint Debtor Edward L Jenkins info@georgettemillerlaw.com,
           georgettemillerlaw@gmail.com;mlee@georgettemillerlaw.com;gmecfmail@gmail.com;cfink@georgettemille
           rlaw.com;smithcr50524@notify.bestcase.com;millergr50524@notify.bestcase.com;dmayberry@georgettemi
           llerlaw.com
          LEON P. HALLER    on behalf of Creditor    Pennsylvania Housing Finance Agency lhaller@pkh.com,
           dmaurer@pkh.com;mgutshall@pkh.com
          REBECCA ANN SOLARZ    on behalf of Creditor    PENNSYLVANIA HOUSING FINANCE AGENCY
           bkgroup@kmllawgroup.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM C. MILLER, Esq.    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
           philaecf@gmail.com
          WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,  philaecf@gmail.com
                                                                                            TOTAL: 7
```

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

LAVONIA JENKINS        Chapter 13
EDWARD L JENKINS

Debtor        Bankruptcy No. 16-16499-ELF

### Order Dismissing Chapter 13 Case and
### Directing Counsel to File Master Mailing List

**AND NOW**, this _____ day of _____, 201_, upon consideration of the Motion to Dismiss filed by William C. Miller, standing trustee, this case is dismissed and it is further ORDERED, that counsel for the debtor, shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

**ORDERED**, that any wage orders are hereby vacated.

**Date: May 1, 2019**

_____
Eric L. Frank
Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
GEORGETTE MILLER
335 EVESHAM AV

LAWNSIDE, NJ 08045-


Debtor:
LAVONIA JENKINS
EDWARD L JENKINS
7923 BAYARD STREET

PHILADELPHIA, PA 19150